IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 06 47ML

UNITED STATES OF AMERICA )
) CR. No.
v. ) In Violation of
) 18 U.S.C. § 2113(a)
RICHARD B. JONES )

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about March 15, 2006, in the District of Rhode Island, the Defendant, RICHARD B. JONES, by intimidation did knowingly take from the person and presence of another money, namely approximately $1,100.00 (one thousand and one hundred dollars), belonging to and in the care, custody, control, management, and possession of Coastway Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration.

All in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:
REDACTED

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE FILED: 4-12-06