UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-047 ML |
| | ) | |
| RICHARD B. JONES | ) | |

## MOTION FOR LEAVE TO EXPEND FUNDS AND ENGAGE IN CERTAIN ACTIVITIES AS CJA COUNSEL

Now comes the defendant and represents to the Court the following:

1. The defendant was convicted in the following Providence County Criminal Case: State v. Richard Jones, P2-2001-2175;

2. Pre-trial services identified this conviction as a conviction for manufacture/delivery/possession with intent to deliver a Schedule I/II Controlled substance;

3. The Judgment of Conviction and Commitment in the Superior Court identifies the conviction in the same manner as pre-trial services;

4. The written plea agreement in the above state case indicates the plea was for possession of heroin, 2nd offense;

5. The Defendant's Petition to Waive Information indicates the offense was possession of heroin;

6. The District Court complaint in this case indicates the charged offense was possession of heroin, second offense;

7. Copies of the State Court documents identified above are attached hereto.

8. Based on the above set of facts, counsel for the defendant asks Court permission to enter his appearance on behalf of the defendant in the State Court Case, P2-2001-2175 for the purposes of attempting to correct the judgment of conviction in that case and further asks for permission to order the transcript of the plea in that proceeding. The record suggests that one proceeding involved both the plea and sentencing.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Richard Jones
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

## CERTIFICATION

I hereby certify that a copy of the above document was mailed or delivered to James H. Leavey, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 9th day of May, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-047 ML |
| | ) | |
| RICHARD B. JONES | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR LEAVE TO EXPEND FUNDS AND ENGAGE
IN CERTAIN ACTIVITIES AS CJA COUNSEL

The defense believes that a review of the defendant's criminal history reveals a likely clerical mistake in the entry of the judgment of conviction of the defendant in a prior state court proceeding. The error could have significance with respect to the sentencing of the defendant in this matter. The activities the defense anticipates undertaking are somewhat out of the ordinary for a court-appointed case and accordingly the defense seeks advance permission to undertake these matters and to expend the funds for the transcript of the relevant state court proceeding.

Richard Jones
By his Attorney,

Robert B. Mann

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to James H. Leavey, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 9th day of May, 2006.