UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 06-47ML |
| | : | |
| RICHARD B. JONES | : | |

## MEMORANDUM AND ORDER

Defendant was indicted of bank robbery (18 U.S.C. § 2113(a)) on April 12, 2006. Due to Defendant's indigency, this Court appointed defense counsel, Robert B. Mann, Esquire, to represent Defendant on April 14, 2006 pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Defendant and the Government have recently entered into a plea agreement.

On May 9, 2006, Attorney Mann moved for leave to expend funds and engage in certain activities as CJA appointed counsel. In particular, Attorney Mann requested permission to expend CJA funds to obtain a transcript of the plea hearing in a prior 2001 state court conviction involving Defendant. Attorney Mann posits that there is a "likely clerical mistake" in the entry of the 2001 judgment of conviction. Attorney Mann contends that the correction of this error in Defendant's criminal history could have significance with respect to sentencing and potential career offender status.

This Court finds that Attorney Mann's request to obtain the transcript from Defendant's 2001 state court plea hearing is "necessary for [the] adequate representation" of Defendant. 18 U.S.C. § 3006A(a). Attorney Mann may obtain a copy of such transcript and will be reimbursed for this expense. Upon receipt of such transcript, Attorney Mann will make a further submission to the Court in support of his additional request to enter his appearance in <u>State v. Richard Jones</u>, C.A. No.

P2-2001-2175A, for the purpose of attempting to correct any claimed error in the judgment of conviction. If this Court concludes, based on Attorney Mann's submission, that such additional activities are necessary for the adequate representation of Defendant, the Court will issue a further Order authorizing Attorney Mann to engage in such activities on Defendant's behalf as CJA counsel.

As noted above, Defendant's Motion for Leave to expend CJA funds to obtain a copy of the transcript of the 2001 plea hearing in State v. Richard Jones, C.A. No. ¶2-2001-2175A, is GRANTED. The Court reserves decision on Defendant's Motion for CJA counsel to appear in Case No. P2-2001-2175A until after receiving Attorney Mann's further submission in support.

LINCOLN D. ALMOND
United States Magistrate Judge
May 15, 2006