UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-047 ML |
| | ) | |
| RICHARD B. JONES | ) | |

SUPPLEMENTAL MOTION FOR LEAVE TO EXPEND FUNDS AND ENGAGE IN CERTAIN ACTIVITIES AS CJA COUNSEL

Now comes the defendant and represents to the Court the following:

1. The Court previously authorized the defendant to order the transcript of the plea in the following Providence County Criminal Case: State v. Richard Jones, P2-2001-2175;

2. The defense now renews the request to enter his appearance on behalf of the defendant in the State Court Case, P2-2001-2175 for the purpose of attempting to correct the judgment of conviction in that case.

3. The defense believes the transcript supports the defense position that the conviction was for possession of heroin, 2nd offense, not manufacture/delivery/possession with intent to deliver a Schedule I/II Controlled substance

4. In support of said motion, the defense submits selected pages from the transcript of the state court proceeding. The entire transcript is available. The defense also submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been previous delay related to the subject matter of this motion in that the defense filed a prior motion related to this issue.

Richard Jones
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to James H. Leavey, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 9th day of June, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 06-047 ML |
| | ) | |
| RICHARD B. JONES | ) | |

MEMORANDUM OF LAW IN SUPPORT OF SUPPLEMENTAL MOTION FOR LEAVE TO EXPEND FUNDS AND ENGAGE IN CERTAIN ACTIVITIES AS CJA COUNSEL

The defense has previously filed a motion regarding a state court conviction of the defendant. The defense has now obtained and reviewed the transcript of the plea in that proceeding. The defense submits that the transcript supports the defense position that the plea in the state court proceeding at issue was to possession of a controlled substance, second offense, not the manufacture/delivery/possession with intent to deliver a Schedule I/II Controlled substance.

The defense now requests permission to move to correct the judgment of conviction in state court so that it will correctly state the offense of conviction. The defendant has signed a plea agreement in this case. The sentence of the defendant in this case could be significantly affected by the resolution of this issue.

Richard Jones
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to James H. Leavey, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 9th day of June, 2006.