STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

STATE OF RHODE ISLAND )
)
VS. ) CASE NO: P2-00-3496A
) P2-01-2175
RICHARD JONES )

**HEARD BEFORE THE HONORABLE RICHARD J. ISRAEL**

**ON MONDAY, JULY 16, 2001**

**APPEARANCES:**

GERARD J. RATIGAN, ESQUIRE
OFFICE OF THE ATTORNEY GENERAL.........FOR THE PLAINTIFF

KEVIN FITZGERALD, ESQUIRE
OFFICE OF THE PUBLIC DEFENDER..........FOR THE DEFENDANT

MARY M. GUGLIETTI, RPR
CERTIFIED COURT REPORTER

MR. RATIGAN: I believe one.

MR. FITZGERALD: Just one, Your Honor.

THE COURT: All right. And I take it that there's a plea agreement between the State and the defendant, Mr. Attorney General?

MR. RATIGAN: Yes, Your Honor.

THE COURT: And what's the plea agreement?

MR. RATIGAN: The defendant receives six years suspended sentence and six years probation on the new charge and I believe the --

THE COURT: There's got to be drug treatment.

MR. FITZGERALD: On the violation, Your Honor.

THE COURT: Oh, on the violation. The new charge is possession?

MR. FITZGERALD: The new charge is possession.

THE COURT: But I thought the maximum was three years.

MR. FITZGERALD: It's second offense, controlled substance.

THE COURT: I beg your pardon. Thank you for your help.

So on the violation he's going to admit conditionally to being a violator, and are these going to be concurrent on the violation and on the waiver?

MR. FITZGERALD: It would be concurrent, Your

THE CLERK: Yes, Your Honor.

THE COURT: Okay. Why do I have two petitions to waive?

MR. FITZGERALD: Your Honor, the clerk upstairs always asks for two copies of the waiver and two copies of the complaint, but there is only one case we're waiving today.

THE COURT: Okay. Let's keep the clerks happy.

MR. FITZGERALD: I try, Your Honor.

THE COURT: All right. The petition to waive information on the Sixth Division criminal complaint 62012298 is granted, and the waiver will be docketed as P2-01-2175.

Please arraign the defendant on A, and we'll take a conditional plea.

THE CLERK: Yes, Your Honor.

Waiving the reading of this information charging you with one count of possession of heroin, how do you plead?

THE DEFENDANT: Guilty.

MR. FITZGERALD: Nolo contendere with the Court's permission, Your Honor.

THE COURT: Now, the charge is described as possession of heroin, second offense, and the maximum penalty which is disclosed to the Court is up to six

years' confinement at the ACI.

Is that your understanding?

MR. FITZGERALD: That's correct, Your Honor.

THE COURT: Now, is it your understanding that the plea is being offered on condition that the Court approve an agreed disposition of a six-year suspended sentence with six years of probation?

MR. FITZGERALD: Yes, Your Honor.

THE COURT: And that the pending violation of probation, as to the pending violation of probation, the defendant be found to be a violator upon his admission and that he'll be continued on the same probation on condition that he is placed in in-house drug abuse, controlled substance abuse treatment?

MR. FITZGERALD: Yes, Your Honor.

THE COURT: Okay. Mr. Jones, the law requires that I determine from you that you understand the nature and consequences of the plea that you're offering to the Court.

Are you sober?

THE DEFENDANT: Yes, sir.

THE COURT: Are you straight now?

THE DEFENDANT: Yes, sir.

THE COURT: Well, how long has it been since you've been high?

THE DEFENDANT: Two weeks, Your Honor.

THE COURT: Two weeks?

THE DEFENDANT: Yes.

THE COURT: How did you get off being high?

THE DEFENDANT: I got locked up. I got locked up, Your Honor.

THE COURT: Did you go through withdrawal?

THE DEFENDANT: Yes, sir.

THE COURT: Where?

THE DEFENDANT: In my cell.

THE COURT: By yourself?

THE DEFENDANT: Yes, sir.

THE COURT: Do you understand that the plea that's being offered to me on condition would lose you your right to a trial; do you understand that?

THE DEFENDANT: Yes, sir.

THE COURT: That you'll be guilty of possession of heroin for the second time; is that clear?

THE DEFENDANT: Yes, sir.

THE COURT: And the condition that's being offered is that I suspend the maximum sentence of six years and put you on probation for another six; do you understand that disposition?

THE DEFENDANT: Yes, I do, Your Honor.

THE COURT: Do you want me to approve that?