UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 06-47ML |
| | : | |
| RICHARD B. JONES | : | |

**MEMORANDUM AND ORDER**

Defendant was indicted of bank robbery (18 U.S.C. § 2113(a)) on April 12, 2006. Due to Defendant's indigency, this Court appointed defense counsel, Robert B. Mann, Esquire, to represent Defendant on April 14, 2006 pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Defendant and the Government have recently entered into a plea agreement which was filed on May 15, 2006. A change of plea hearing is scheduled for June 21, 2006.

On May 9, 2006, Attorney Mann moved for leave to expend funds and engage in certain activities as CJA appointed counsel. In particular, Attorney Mann requested permission to expend CJA funds to obtain a transcript of the plea hearing in a prior 2001 state court conviction involving Defendant. Attorney Mann posits that there is a "likely clerical mistake" in the entry of the 2001 judgment of conviction. Attorney Mann contends that the correction of this error in Defendant's criminal history could have significance with respect to sentencing and potential career offender status.

On May 15, 2006, this Court concluded that Attorney Mann's request to obtain the transcript from Defendant's 2001 state court plea hearing is "necessary for [the] adequate representation" of Defendant. 18 U.S.C. § 3006A(a). Attorney Mann was granted leave to order a copy of such transcript and to obtain reimbursement for this expense. On June 9, 2006, Attorney Mann filed a

Supplemental Motion (Document No. 13) requesting leave to enter his appearance in State v. Richard Jones, C.A. No. P2-2001-2175A, for the purpose of attempting to correct an apparent error in the judgment of conviction. This Motion has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cr 57.2. This Court concludes, based on Attorney Mann's Supplemental Motion and the excerpts from Defendant's 2001 sentencing hearing, that such additional activities are also necessary for the adequate representation of Defendant. 18 U.S.C. § 3006A(a). Thus, the Supplemental Motion (Document No. 13) is GRANTED, and Attorney Mann is authorized to engage in such activities on Defendant's behalf as CJA counsel in an amount not to exceed $1,000.00 unless further approved by this Court.

LINCOLN D. ALMOND
United States Magistrate Judge
June 20, 2006